## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JULIE MICHELLE SCOTT,                                                                                    PETITIONER
ADC # 709865

v.                                    No. 5:12CV00443 JLH-JJV

RAY HOBBS, Director,
Arkansas Department of Correction                                                                    RESPONDENT

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the Court must determine whether to issue a certificate of appealability in the final order. In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). The Court finds no issue on which Julie Michelle Scott has made a substantial showing of a denial of a constitutional right. Thus, the certificate of appealability is denied.

IT IS THEREFORE ORDERED that Julie Michelle Scott's petition is DISMISSED with prejudice. Document #1.

DATED this 18th day of October, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDE